IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

TYLER SURLA

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 1:24-cr-00083-TBM-BWR

NOTICE OF MAXIMUM PENALTY

**Counts 1 -3:** **Possession of any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct**
18 U.S.C. § 2252(a)(4)(B) and (b)(2)

- Not more than ten (10) years of imprisonment
- Not more than a $250,000 fine
- Not less than five (5) years, up to life, supervised release
- $100 special assessment

If defendant is determined to have a qualifying prior conviction under federal sexual exploitation statues, military law, or any State law to include aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, all as set forth in 18 U.S.C. §2252(b)(2), then:

- Not less than ten (10) years nor more than twenty (20) years imprisonment
- Not more than $250,000 fine
- Not less than five (5) years, up to life supervised release
- $100 special assessment

**Count 4:** **Production of Images of Minors Engaging in Sexually Explicit Conduct**
18 U.S.C. § 2251(a) and (e)

- Not less than fifteen (15) years, not more than thirty (30) years of imprisonment
- Not more than a $250,000 fine
- Not less than five (5) years, up to life supervised release
- $100 special assessment

If defendant is determined to have a qualified prior conviction under state law to include abusive sexual conduct involving a minor then:

- Not less than twenty-five (25) years, not more than fifty (50) years of imprisonment
- Not more than $250,000 fine
- Not less than five (5) years, up to life supervised release
- $100 special assessment