

# CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Hancock

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT  X       DOCKET # 1:24-cr-00083-TBM-BWR
SAME DEFENDANT  X          NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: ____ YES  X  NO

NAME/ALIAS: TYLER SURLA

**U.S. ATTORNEY INFORMATION:**

AUSA  Lee Smith        MS BAR #106061

INTERPRETER:  X  NO  ____ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:** ARREST DATE 8/5/2024

X  ALREADY IN FEDERAL CUSTODY AS OF 8/5/2024
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 4        ____ PETTY     ____ MISDEMEANOR     4  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1  18:2252A.F | 18 U.S.C. § 2252(a)(4)(B) &(b)(2) | Possession of any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct | 1-3 |
| Set 2  18:2251.F | 18 U.S.C. § 2251(a) and (e) | Production of Images of Minors Engaging in Sexually Explicit Conduct | 4 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020