IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Case No. 1:24-cr-83-TBM-BWR |
| | § | |
| TYLER SURLA | § | |

## MOTION TO PERMIT SEAN BUCKLEY TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE TAYLOR B. MCNEEL:

COMES NOW TYLER SURLA, DEFENDANT, and files this Motion to Permit Sean Buckley to Withdraw as Counsel, for cause showing the Honorable Court as follows:

1. **Defendant seeks to disengage undersigned and effectuate his withdrawal from this case.**

Defendant has informed undersigned that Defendant no longer wishes undersigned to represent him in this case. It has become apparent that Defendant and undersigned do not have a meeting of the minds regarding the objectives of the representation going forward.

2. **Relief requested.**

Defendant respectfully requests permission for Sean Buckley to withdraw from this case. Defendant furthermore respectfully requests a hearing on this motion.

Respectfully submitted,

LAW OFFICES OF SEAN BUCKLEY, PLLC

/s/ Sean Buckley
Sean Buckley
MS Bar #106541
Mississippi Bar No. 106541
175 Main Street, Suite A
Biloxi, Mississippi 39530
TEL: (228) 933-4411
Sean@SeanBuckleyLaw.com

**CERTIFICATE OF SERVICE**

I certify that I provided a copy of this Motion to Withdraw as Counsel to AUSA Lee Smith and all parties via the ECF system on this the 19th day of May 2025.

/s/ Sean Buckley
Sean Buckley