IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Case No. 1:24-cr-83-TBM-BWR |
| § | |
| TYLER SURLA § | |

## AMENDED MOTION TO PERMIT SEAN BUCKLEY TO WITHDRAW AS COUNSEL

TO THE HONORABLE COURT:

COMES NOW TYLER SURLA, DEFENDANT, and files this Amended Motion to Permit Sean Buckley to Withdraw as Counsel, for cause showing the Honorable Court as follows:

1. **Defendant seeks to disengage undersigned and effectuate his withdrawal from this case.**

Defendant no longer wishes undersigned to represent him in this case. Defendant has requested that undersigned file this motion to withdraw.

2. **Relief requested.**

Defendant respectfully requests permission to withdraw Sean Buckley from this case. Defendant furthermore respectfully requests a hearing on this motion.

1

Respectfully submitted,

LAW OFFICES OF SEAN BUCKLEY, PLLC

/s/ Tyler Surla
Tyler Surla
Defendant

/s/ Sean Buckley
Sean Buckley
MS Bar #106541
Mississippi Bar No. 106541
175 Main Street, Suite A
Biloxi, Mississippi 39530
TEL: (228) 933-4411
Sean@SeanBuckleyLaw.com

## CERTIFICATE OF SERVICE

I certify that I provided a copy of this Motion to Withdraw as Counsel to AUSA Lee Smith and all parties via the ECF system on this the 22nd day of May 2025.

/s/ Sean Buckley
Sean Buckley